IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:06-CR-00057-BO-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER TO DISMISS |
| v. | ) | DUE TO ABATEMENT |
| | ) | |
| JOSE MANUEL RAMIREZ | ) | |

The matter before the Court is the United States' Motion for Order of Abatement filed by the United States on April 20, 2017.

Based on a review of the United States' Motion and for good cause shown, the United States' Motion is ALLOWED. The case as to the above-named Defendant, is hereby dismissed, due to reason of abatement.

SO ORDERED.

This, the __25__ day of April, 2017.

_Terrence W. Boyle_
THE HONORABLE TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE